No. 84–6079.  OWENS *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 84–6080.  VENTURA *v.* CUPP, SUPERINTENDENT, OREGON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 84–6099.  SCHMITT *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 84–6127.  THOMPSON ET AL. *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 84–6132.  GRANDISON *v.* MOORE ET AL.  C. A. 3d Cir. Certiorari denied.

No. 84–6146.  PRESTON *v.* MAGGIO, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 84–6205.  PIERROT *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 84–6246.  THOMAS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 84–6259.  LATIL *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 84–6271.  YOUNG *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 84–6290.  VAN ORDEN *v.* INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 84–6310.  LOVE *v.* INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 84–6352.  SEGURA *v.* UNITED STATES; and
No. 84–6360.  REYNOSA *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.  Reported below: 749 F. 2d 39.

No. 84–6353.  SMITH *v.* LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 84–6367.  SELLARS *v.* SOCIAL SECURITY ADMINISTRATION ET AL.  C. A. 9th Cir.  Certiorari denied.